

**MANDATE**

# The Fifteenth Court of Appeals

NO. 15-24-00129-CV

| | |
|---|---|
| Dominique Cunningham, Appellant | Appealed from the 125th District Court of Harris County. (Trial Court No. 202477884). Opinion delivered Per Curiam. |
| v. | |
| Lina Hidalgo, Appellee | |

**TO THE 125TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on January 23, 2025, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

After inspecting the record of the court below, it is the opinion of this Court that it has no jurisdiction over the appeal. It is therefore **ORDERED** that the appeal be **DISMISSED**.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas.



CHRISTOPHER A. PRINE, CLERK